# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

GARY WILLIAMS, :

    Plaintiff :

                                                           **CIVIL ACTION NO. 3:14-0950**

v. :

                                                           **(JUDGE MANNION)**

PTLM. FRANCIS MCLANE, :

    Defendant :

## O R D E R

Based upon the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Schwab, **(Doc. 32)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** defendant McLane's motion to dismiss the plaintiff's amended complaint, **(Doc. 22)**, is **GRANTED**;

**(3)** the plaintiff's amended complaint, **(Doc. 11)**, is **DISMISSED WITHOUT PREJUDICE**; and

**(4)** the Clerk of Court is directed to **CLOSE THIS CASE**.

                                                  s/ *Malachy E. Mannion*
                                                  **MALACHY E. MANNION**
                                                  **United States District Judge**

**Date: March 29, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0950-01-ORDER.wpd